# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 7947
MAGIC LAMP,

                         Appellant,

                    vs.

BANK OF AMERICA, N.A.,
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP, F/K/A
COUNTRYWIDE HOME LOANS
SERVICING, LP,

                         Respondent.

No. 78302

FILED

JUL 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

This court directed appellant to show cause why this appeal should not be dismissed because several claims between the parties have not been resolved and the order appealed from has not been certified pursuant to NRCP 54(b). This court noted that the mere imposition of a stay of such related claims does not render the order final or appealable. A final judgment is one that finally resolves all claims and issues against all parties to an action and leaves nothing to the district court's consideration except postjudgment issues such as attorney fees and costs. *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000).

SUPREME COURT
OF
NEVADA

(O) 1947A

19-29714

In response, appellant concurs that the district court has not resolved all the claims between the parties. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Kenneth C. Cory, District Judge
Persi J. Mishel, Settlement Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk